**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and all others similarly situated, )))) | |
| Plaintiff, ) | |
| ) | No. 09 Civ. 1934 |
| v. ) | |
| ) | Hon. George W. Lindberg |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, )))) | *Judge Presiding.* |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Gregory Y. Porter, one of plaintiffs' counsel, has changed his address, telephone number, facsimile number and email address to:

Bailey & Glasser LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 543-0226
Fax: (202) 463-2103
Email: gporter@baileyglasser.com

DATED: Washington, DC
This 22nd day of July, 2009

By: /s/ Gregory Y. Porter
Gregory Y. Porter (GP 9605)
Bailey & Glasser LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 543-0226
Fax: (202) 463-2103
Email: gporter@baileyglasser.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Change of Address was served upon counsel of record via e-mail via the Court's electronic filing system on this the 22nd day of July, 2009.

                By: /s/ Gregory Y. Porter
                        Gregory Y. Porter

321356