UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated, | CIVIL ACTION NO. 09-Civ-1934 Hon. William J. Hibbler |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**STIPULATION TO AMENDED COMPLAINT**

WHEREAS, Plaintiff filed an original complaint on March 30, 2009;

WHEREAS, this case was originally assigned to the Honorable George W. Lindberg;

WHEREAS, Plaintiff filed an amended complaint on April 1, 2009, to correct an error in the caption of the original complaint;

WHEREAS, Plaintiff moved to reassign this case to this Court on the grounds that the case was related to *BP Corp. N.A. Inc. Savings Plan Investment Oversight Committee v. Northern Trust Investments, N.A.*, 08-cv-6029;

WHEREAS, Defendants moved to dismiss Plaintiff's complaint on June 1, 2009;

WHEREAS, the Court reassigned this case to its docket on June 16, 2009 before the parties completed briefing on Defendants' motion to dismiss;

WHEREAS, there have been no further proceedings in this case since the Court reassigned the matter to its docket;

WHEREAS, Plaintiff represents that he wishes to include more fact allegations in his complaint and seeks to add an additional putative class representative;

WHEREAS, Defendants have agreed not to oppose Plaintiff's leave to file an amended complaint; and

WHEREAS, Defendants have requested and Plaintiff has agreed that Defendants' answer or responsive pleading shall be served no later than February 16, 2010.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff's request to file the amended complaint attached hereto as Exhibit 1 and providing that Defendants' answer or responsive pleading shall be served no later than February 16, 2010.

Respectfully submitted,

BAILEY & GLASSER LLP

Dated: December 3, 2009

By: /s/Elizabeth Hoskins Dow
Elizabeth Hoskins Dow, #6216262
BAILEY & GLASSER LLP
1003 Western Avenue
Joliet, IL 60435
Tel: (815) 740-4034
Email: ldow@baileyglasser.com

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Email: gporter@baileyglasser.com

Dated: December 3, 2009

By: /s/Caryn Jacobs
Caryn Jacobs
John J. Tharp, Jr.
Mayer Brown LLP
71 S. Wacker
Chicago, IL 60606
Tel: (312) 701-7621
Email: cjacobs@mayerbrown.com
Email: jtharp@mayerbrown.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **"Stipulation to Amended Complaint"** was served upon counsel of record as listed below via the Court's electronic filing system on this the  3rd  day of December, 2009:

>John J. Tharp, Esq.
>Mayer Brown LLP
>71 S. Wacker Drive
>Chicago, Illinois  60606-4637
>
>Todd M. Schneider
>SCHNEIDER WALLACE COTTRELL
>    BRAYTON KONECKY LLP
>180 Montgomery Street, Suite 2000
>San Francisco, CA 94104
>Tel: (415) 421-7100
>Fax: (415) 421-7105
>
>Garrett W. Wotkyns
>SCHNEIDER WALLACE COTTRELL
>    BRAYTON KONECKY LLP
>7702 E. Doubletree Ranch Road, Suite 300
>Scottsdale, AZ  85258
>Tel: (480) 607-4368
>Fax: (480) 348-3999
>
>Todd S. Collins
>Shanon J. Carson
>Ellen T. Noteware
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>Tel: (215) 875-3040
>Fax: (215) 875-4604
>
>Joseph Peiffer
>FISHMAN HAYGOOD PHELPS
>    WALMSLEY WILLIS & SWANSON, L.L.P.
>201 St. Charles Avenue - Suite 4600
>New Orleans, LA  70170-4600
>Tel:  (504) 586-5252
>Fax:  (504) 586-5250

Lynn L. Sarko
Derek Loeser
Laura Gerber
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Micah Dortch
COOPER & SCULLY, P.C.
900 Jackson St. #100
Dallas, TX 75202
Telephone: (214) 712-9500
Fax: (214) 712-9540
Micah.Dortch@cooperscully.com

Mr. Harry Susman
SUSMAN GODFREY
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7875
Fax: (713) 654-6686
HSUSMAN@susmangodfrey.com

                                            /s/Elizabeth Hoskins Dow
                                            Elizabeth Hoskins Dow, #6216262