# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Joseph L. Diebold Jr.

                         Plaintiff,

v.                                         Case No.: 1:09−cv−01934
                                             Honorable William J. Hibbler

Northern Trust Investments, N.A., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

      MINUTE entry before Honorable William J. Hibbler: Northern's Unopposed Motion to file oversized memorandum in support of its motion to dismiss the amended class action complaint [28] is granted. Application to appear pro hac vice of Harry P. Susman as counsel for plaintiff [30] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.