## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>    Defendants. | No. 09 Civ. 1934<br><br>Hon. William J. Hibbler,<br>*Judge Presiding*. |

## DEFENDANTS' MOTION TO DISMISS
## THE AMENDED CLASS ACTION COMPLAINT

NOW COME defendants Northern Trust Investments, N.A., and The Northern Trust Company, by and through their attorneys, and hereby move to dismiss the amended class action complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, and pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing, as set forth more fully in the accompanying memorandum that defendants have filed today and which is incorporated herein.

WHEREFORE, defendants respectfully ask this Court to dismiss the amended complaint in its entirety.

Respectfully submitted,

Dated: February 16, 2010

/s/ Michele Odorizzi
Michele Odorizzi
Caryn L. Jacobs
John J. Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600