# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09 Civ. 1934 |
|---|---|
| JOSEPH L. DIEBOLD, JR., and PAUL J. HUNDT, and all others similarly situated v. NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY

| NAME (Type or print) |
|---|
| Nathan Kipp |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Nathan T. Kipp |
| FIRM |
| Mayer Brown LLP |
| STREET ADDRESS |
| 71 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286600 | 312-701-8276 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐