Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 1934 | DATE | 9/7/2010 |
| CASE TITLE | DIEBOLD vs. NORTHERN TRUST INVESTMENTS, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. The Court GRANTS in part and DENIES in part Defendants' Motion to Dismiss (doc. #35). Status hearing to set scheduling order set for 9/29/2010 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|