## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated, | CIVIL ACTION NO. 09-Civ-1934<br><br>Hon. William J. Hibbler |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

### PLAINTIFFS' ANSWERS TO DEFENDANTS' AFFIRMATIVE DEFENSES

Plaintiffs, by and through their attorneys, file the following answers to Defendants' Affirmative Defenses:

1. Plaintiffs deny Defendants' Affirmative Defense No. 1.

2. Plaintiffs deny Defendants' Affirmative Defense No. 2.

3. Plaintiffs deny Defendants' Affirmative Defense No. 3.

4. Plaintiffs deny Defendants' Affirmative Defense No. 4.

5. Plaintiffs deny Defendants' Affirmative Defense No. 5.

6. Plaintiffs deny Defendants' Affirmative Defense No. 6.

7. Plaintiffs deny Defendants' Affirmative Defense No. 7.

8. Plaintiffs deny Defendants' Affirmative Defense No. 8.

9. Plaintiffs deny Defendants' Affirmative Defense No. 9.

10. Plaintiffs deny Defendants' Affirmative Defense No. 10.

11. Plaintiffs deny Defendants' Affirmative Defense No. 11.

12. Plaintiffs deny Defendants' Affirmative Defense No. 12.

13. Plaintiffs deny Defendants' Affirmative Defense No. 13.

14. Plaintiffs deny Defendants' Affirmative Defense No. 14.

15. Plaintiffs deny Defendants' Affirmative Defense No. 15.

16. Plaintiffs deny Defendants' Affirmative Defense No. 16.

17. Plaintiffs deny Defendants' Affirmative Defense No. 17.

18. Plaintiffs deny Defendants' Affirmative Defense No. 18.

19. Plaintiffs deny Defendants' Affirmative Defense No. 19.

20. Plaintiffs deny Defendants' Affirmative Defense No. 20.

21. Plaintiffs deny Defendants' Affirmative Defense No. 21.

22. Plaintiffs deny Defendants' Affirmative Defense No. 22.

23. Plaintiffs deny Defendants' Affirmative Defense No. 23.

24. Plaintiffs deny Defendants' Affirmative Defense No. 24.

25. Plaintiffs deny Defendants' Affirmative Defense No. 25.

26. Plaintiffs deny Defendants' Affirmative Defense No. 26.

27. Plaintiffs deny Defendants' Affirmative Defense No. 27.

28. Plaintiffs deny Defendants' Affirmative Defense No. 28.

29. Plaintiffs deny Defendants' Affirmative Defense No. 29.

30. Plaintiffs deny Defendants' Affirmative Defense No. 30.

31. Plaintiffs deny Defendants' Affirmative Defense No. 31.

32. Plaintiffs deny Defendants' Affirmative Defense No. 32.

WHEREFORE, Plaintiffs respectfully request that this Court deny Defendants' affirmative allegations and defenses and demand strict proof thereof, grant relief for Plaintiffs and any other and further relief as this Court deems just and equitable.

Dated: December 23, 2010

Respectfully submitted,

| | |
|---|---|
| Brian A. Glasser<br>Michael L. Murphy<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110 | BAILEY & GLASSER<br><br>By:/s/ Elizabeth Hoskins Dow<br>   Elizabeth Hoskins Dow, #6216262<br>   BAILEY & GLASSER LLP<br>   3601 McDonough Street<br>   Joliet, IL 60431<br>   Tel: (815) 730-8213<br>   Email: ldow@baileyglasser.com |
| Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3040<br>Fax: (215) 875-4604 | Gregory Y. Porter<br>BAILEY & GLASSER LLP<br>910 17th Street, NW<br>Suite 800<br>Washington, DC 20006<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103 |
| Joseph C. Peiffer<br>FISHMAN HAYGOOD PHELPS<br>WALMSLEY WILLIS & SWANSON, LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170-4600<br>Tel: (504) 586-5252<br>Fax: (504) 586-5250 | Todd M. Schneider<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 |
| Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP<br>7702 E. Doubletree Ranch Road, Suite 300<br>Scottsdale, AZ 85258 | Harry Susman<br>SUSMAN GODFREY<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 653-7875<br>Facsimile: (713) 654-6686 |
| Timothy Micah Dortch<br>COOPER & SCULLY, P.C.<br>900 Jackson St. #100<br>Dallas, TX 75202<br>Telephone: (214) 712-9500<br>Facsimile: (214) 712-9540 | Lynn L. Sarko<br>Derek Loeser<br>Laura Gerber<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623- 3384<br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **"Plaintiffs' Answers to Defendants' Affirmative Defenses"** was served upon counsel of record as listed below via the Court's electronic filing system on this the 23rd day of December, 2010:

> Caryn Jacobs, Esq.
> Todd J. Ehlman, Esq.
> Winston & Strawn LLP
> 35 W. Wacker Drive
> Chicago, Illinois 60601
> Tel: (312) 558-5600
> Fax: (312) 558-5700
>
> Michele L. Odorizzi, Esq.
> Mayer Brown LLP
> 71 S. Wacker Drive
> Chicago, Illinois 60606-4637

/s/Elizabeth Hoskins Dow
Elizabeth Hoskins Dow, #6216262