# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov



## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Garrett W. Wotkyns

FIRM: Schneider Wallace Cottrell Brayton Konecky LLp

STREET ADDRESS: 8501 North Scottsdale Road, Suite 270

CITY/STATE/ZIP: Scottsdale, Arizona 85253

PHONE NUMBER: (480) 428-0141

E-MAIL ADDRESS: gwotkyns@schneiderwallace.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:09-cv-07203 | Firefighters' Retirement v. Northern Trust | Robert Gettleman |
| 1:09-cv-01588 | Leonardo v. Health Care Service | William Hibbler |
| 1:09-cv-01934 | Diebold v. Northern Trust | William Hibbler |
| | | |
| | | |
| | | |

/s/ Garrett W. Wotkyns           1/20/2011
_____    _____
Attorney's Signature                            Date