

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Nathan T. Kipp

FIRM: Winston & Strawn LLP

STREET ADDRESS: 35 West Wacker Drive

CITY/STATE/ZIP: Chicago, Illinois 60601

PHONE NUMBER: (312) 558-5600

E-MAIL ADDRESS: nkipp@winston.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6286600

If you have previously filed an appearance with this Court using a different name, enter that name: N/A

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09-7203 | Louisiana Firefighters' Retirement System et al. v. Northern Trust Investments, N.A. et al. | Judge Gettleman |
| 09-1934 | Diebold et al. v. Northern Trust Investments, N.A., et al. | Judge Hibbler |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Nathan T. Kipp                                    26 July 2011
_____        _____
Attorney's Signature                                              Date