**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of<br>the EXXONMOBIL SAVINGS PLAN, and<br>PAUL J. HUNDT, on behalf of the TEXAS<br>INSTRUMENTS 401(K) SAVINGS PLAN,<br>and all others similarly situated, | )<br>)<br>)<br>)<br>) | No. 09-Civ-1934 |
| | ) | |
| Plaintiffs, | ) | Hon. William J. Hibbler |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHERN TRUST INVESTMENTS, N.A.,<br>and THE NORTHERN TRUST COMPANY, | )<br>) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs Joseph L. Diebold, Jr., and Paul J. Hundt (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Motion for Leave to File a Second Amended Consolidated Class Action Complaint, pursuant to Federal Rule of Civil Procedure 15(a).

Plaintiffs request entry of an order permitting Plaintiffs to amend the Consolidated Class Action Complaint ("Complaint") to remedy deficiencies this Court previously cited in dismissing Plaintiffs' claim that Northern Trust Investments and Northern Trust Company (collectively, "Defendants") engaged in ERISA-prohibited transactions, and to provide further allegations in support of Plaintiffs' claim that Defendants failed to manage retirement plan assets in a prudent and loyal fashion. The proposed amended complaint (with exhibits) is attached hereto as Exhibit A. The reasons for this request are discussed more fully in the accompanying brief that Plaintiffs have filed today and is incorporated herein.

WHEREFORE, Plaintiffs respectfully ask this Court to grant Plaintiffs leave to file a second amended consolidation class action complaint.

Dated: February 15, 2012         Respectfully submitted,

BAILEY & GLASSER LLP


By: /s/Elizabeth Hoskins Dow
Elizabeth Hoskins Dow, #6216262
BAILEY & GLASSER LLP
3601 McDonough Street
Joliet, IL 60431
Tel: (815) 740-4031

Todd S. Collins
Shanon J. Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604

Lynn L. Sarko
Derek Loeser
Laura Gerber
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623- 3384

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

Joseph C. Peiffer
Benjamin D. Reichard
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
8501 N. Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Tel: (480) 428-0144

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Harry Susman
SUSMAN GODFREY
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7875
Facsimile: (713) 654-6686

Micah Dortch
COOPER & SCULLY, P.C.
900 Jackson St. #100
Dallas, TX 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

Brian A. Glasser
Michael L. Murphy
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **"Plaintiffs' Motion for Leave to File Second Amended Consolidated Class Action Complaint"** was served upon counsel of record as listed below via the Court's electronic filing system on this the 15th day of February, 2012:

> Caryn L. Jacobs
> Todd J. Ehlman
> Winston & Strawn LLP
> 35 W. Wacker Drive
> Chicago, Illinois 60601
> cjacobs@winston.com
> tehlman@winston.com
>
> Michele L. Odorizzi
> Mayer Brown LLP
> 71 S. Wacker Drive
> Chicago, IL 60606
> modorizzi@mayerbrown.com
>
> Garrett W. Wotkyns
> SCHNEIDER WALLACE COTTRELL
>     BRAYTON KONECKY LLP
> 7702 E. Doubletree Ranch Road, Suite 300
> Scottsdale, AZ 85258
> Tel: (480) 607-4368
> Fax: (480) 348-3999
> gwotkyns@schneiderwallace.com
>
> Todd M. Schneider
> SCHNEIDER WALLACE COTTRELL
>     BRAYTON KONECKY LLP
> 180 Montgomery Street, Suite 2000
> San Francisco, CA 94104
> Telephone: (415) 421-7100
> Facsimile: (415) 421-7105
> tschneider@schneiderwallace.com
>
> Todd S. Collins
> Shanon J. Carson
> Ellen T. Noteware
> BERGER & MONTAGUE, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Tel: (215) 875-3040
> Fax: (215) 875-4604
> tcollins@bm.net

Joseph Peiffer
FISHMAN HAYGOOD PHELPS
   WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue - Suite 4600
New Orleans, LA  70170-4600
Tel:  (504) 586-5252
Fax:  (504) 586-5250
jpeiffer@fishmanhaygood.com

Lynn L. Sarko
Derek Loeser
Laura Gerber
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384
lsarko@kellerrohrback.com

Micah Dortch
COOPER & SCULLY, P.C.
900 Jackson St. #100
Dallas, TX 75202
Telephone: (214) 712-9500
Fax: (214) 712-9540
Micah.Dortch@cooperscully.com

Mr. Harry Susman
SUSMAN GODFREY
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
Telephone: (713) 653-7875
Fax: (713) 654-6686
hsusman@susmangodfrey.com

/s/Elizabeth Hoskins Dow
Elizabeth Hoskins Dow, #6216262