**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 09-Civ-1934 <br><br> Hon. William J. Hibbler |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, Joseph L. Diebold, Jr., on behalf of the ExxonMobil Savings Plan, and Paul J. Hundt, on behalf of the Texas Instruments 401(k) Savings Plan, and all others similarly situated, move, pursuant to Federal Rule of Civil Procedure 23:

(1) to have the following class[1] (the "Class") certified pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All qualified ERISA plans, through their respective participants, beneficiaries or named fiduciaries (other than Defendants), that invested or maintained investments, between January 1, 2007 and December 31, 2009, in the Northern Trust Global Investments Quantitative Management Collective Funds that engaged in securities lending, and for which Defendants re-invested the cash collateral in the "Collateral Pools", which are: (1) the Core USA Collateral Section or (2) the STIF/STEP Custom Collateral Fund, consisting of a combination of the Short Term Extendable Portfolio Fund and the Short Term Investment Fund.

(2) to appoint Plaintiffs Joseph L. Diebold, Jr. and Paul J. Hundt as representatives of the Class; and

---

[1] In light of discovery obtained, Plaintiffs propose a slightly revised class definition here from the one proposed in the Amended Class Action Complaint ("Complaint"). Dkt. No. 25-1, ¶ 99.

(3) to appoint the law firms of Berger & Montague, P.C., Bailey & Glasser LLP, and Fishman Haygood Phelps Walmsley Willis and Swanson LLP as Class counsel.[2]

The supporting memorandum of law,[3] declarations, and exhibits, show that each requirement of Fed. R. Civ. P. 23(a) is satisfied, the class can be maintained under Fed. R. Civ. P. 23(b)(3), and proposed class counsel should be appointed to represent the class pursuant Fed. R. Civ. P. 23(g). Accordingly, the proposed class should be certified.

DATED: February 27, 2012          /s/Elizabeth Hoskins Dow
                                  Elizabeth Hoskins Dow, #6216262
                                  BAILEY & GLASSER LLP
                                  3601 McDonough Street
                                  Joliet, IL 60431
                                  Tel: (815)730-8213
                                  Email: ldow@baileyglasser.com

Todd M. Schneider                 Brian A. Glasser
SCHNEIDER WALLACE COTTRELL        Michael L. Murphy
BRAYTON KONECKY LLP               BAILEY & GLASSER LLP
180 Montgomery Street, Suite 2000 209 Capitol Street
San Francisco, CA 94104           Charleston, WV 25301
Telephone: (415) 421-7100         Tel: (304) 345-6555
Facsimile: (415) 421-7105         Fax: (304) 342-1110

Garrett W. Wotkyns                Gregory Y. Porter
SCHNEIDER WALLACE COTTRELL        BAILEY & GLASSER LLP
BRAYTON KONECKY LLP               601 Pennsylvania Ave., NW
7702 E. Doubletree Ranch Road, Suite 300   Suite 900, South Bldg.
Scottsdale, Arizona 85258         Washington, DC 20004

---

[2] The firm resumes from each of the proposed Class Counsel are attached to this Motion as Exhibits 1 to 3.

[3] According to this Court's standing rule on Memoranda of Law, all authority cited in the Memorandum of Law found only on electronic databases are attached to this Motion as Exhibit 4.

| | |
|---|---|
| Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3040<br>Facsimile: (215) 875-4604 | Joseph C. Pfeiffer<br>FISHMAN HAYGOOD PHELPS<br>WALMSLEY WILLIS & SWANSON LLP<br>201 St. Charles Ave., Suite 4600<br>New Orleans, LA 70170<br>Telephone: (504) 586-5252<br>Facsimile: (504) 586-5250 |
| Micah Dortch<br>COOPER & SCULLY, P.C.<br>900 Jackson St. #100<br>Dallas, TX 75202<br>Telephone: (214) 712-9500<br>Facsimile: (214) 712-9540 | Lynn L. Sarko<br>Derek W. Loeser<br>Laura R. Gerber<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: 206-623-1900<br>Facsimile: 206-623-3384 |
| Mr. Harry Susman<br>SUSMAN GODFREY<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 653-7875<br>Facsimile: (713) 654-6686 | ***Attorneys for Plaintiffs*** |