

# United States District Court
# Northern District of Illinois

In the Matter of

JOSEPH L. DIEBOLD, JR             Magistrate Judge Susan E. Cox

v.            Case No. 09-CV-1934

NORTHERN TRUST INVESTMENTS, N.A., et al

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Susan E. Cox, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Amy J. St. Eve**

Date: Friday, March 30, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Susan E. Cox

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Monday, April 02, 2012

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Supervision

EXCEPTIONS OR ADDITIONS:

District Referral - To Designated Magistrate Judge