THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR. on behalf of ) <br> The EXXONMOBIL SAVINGS PLAN, ) <br> and PAUL J. HUNDT, on behalf of the ) <br> TEXAS INSTRUMENTS 401(K) ) <br> SAVINGS PLAN, and all others similarly ) <br> situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHERN TRUST INVESTMENTS, ) <br> N.A. and THE NORTHERN TRUST ) <br> COMPANY, ) <br> ) <br>     Defendants. ) | Case No. 09-cv-1934 <br> Honorable Charles R. Norgle |

**DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Defendants The Northern Trust Company and Northern Trust Investments, Inc. (collectively, "Northern Trust") pursuant to Loc. R. 83.17, respectfully request that the Court grant leave for John J. Tharp, Jr., to withdraw as counsel in the above-captioned matter. In support of this Motion, Northern Trust states as follows:

    1.    Michele Odorizzi, a partner with Mayer Brown LLP, has filed an appearance in the above-captioned case.

    2.    Mr. Tharp left Mayer Brown on June 1, 2012 to join the bench of this Court and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

    3.    Ms. Odorizzi will continue to represent Northern Trust in this matter.

2

WHEREFORE, for the foregoing reasons, Northern Trust asks that this Court grant leave for Mr. Tharp to withdraw and remove him from all service lists and as counsel for Northern Trust.

Dated:  June 7, 2012

        Respectfully submitted,

        /s/ Michele L. Odorizzi
        Michele L. Odorizzi
        Mayer Brown LLP
        71 South Wacker Drive
        Chicago, Illinois  60606
        (312) 782-0600

        *Attorney for Defendants*
        *The Northern Trust Company and*
        *Northern Trust Investments, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 7, 2012, she caused a copy of this motion to be delivered via the ECF system for receipt by the attorneys that have appeared for the parties.

                                                /s/ Michele L. Odorizzi
                                                Michele L. Odorizzi