THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR. on behalf of ) <br> The EXXONMOBIL SAVINGS PLAN, ) <br> and PAUL J. HUNDT, on behalf of the ) <br> TEXAS INSTRUMENTS 401(K) ) <br> SAVINGS PLAN, and all others similarly ) <br> situated, ) <br>    ) <br>      Plaintiffs, ) <br>    ) <br> v.   ) <br>    ) <br> NORTHERN TRUST INVESTMENTS, ) <br> N.A. and THE NORTHERN TRUST ) <br> COMPANY, ) <br>    ) <br>      Defendants. ) | Case No. 09-cv-1934 <br> Honorable Charles R. Norgle |

**DEFENDANTS' NOTICE OF MOTION**

**TO:**  Lynn L. Sarko  
Derek W. Loeser  
Laura R. Gerber  
Raymond J. Farrow  
Benjamin B. Gould  
Keller Rohrback LLP  
1201 Third Avenue  
Suite 3200  
Seattle, Washington 98101  
lsarko@kellerrohrback.com  
dloeser@kellerrohrback.com  
lgerber@kellerrohrback.com  
rfarrow@kellerrohrback.com  
bgould@kellerrohrback.com  

Avi Josefson  
Rebecca Ellen Boon  
Bernstein Litowitz Berger & Grossman LLP  
1285 Avenue of the Americas  
38th Floor  
New York, NY 10019  
avi@blbglaw.com  
rbonn@blbglaw.com  

Garrett W. Wotkyns  
Michael C. McKay  
Schneider Wallace Cottrell  
Brayton Konecky LLP  
7702 East Doubletree Ranch Road  
Suite 270  
Scottsdale, Arizona 85258  
gwotkyns@schneiderwallace.com  

Todd M. Schneider  
Mark T. Johnson  
Schneider Wallace Cottrell  
Brayton Konecky LLP  
180 Montgomery Street  
Suite 2000  
San Francisco, California 94204  
tschneider@schneiderwallace.com

| | |
|---|---|
| mmckay@schneiderwallace.com | mjohnson@schneiderwallace.com |
| Gregory Y. Porter<br>Bailey & Glasser LLP<br>910 17th Street, NW<br>Suite 800<br>Washington, D.C. 20006<br>gporter@baileyglasser.com | Patrick O.Muench<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, West Virginia 23501<br>pmuench@baileyglasser.com |
| Elizabeth Hoskins Dow<br>Kimberly Ann Fladhammer<br>Bailey & Glasser LLP<br>3601 McDonough Street<br>Joliet, Illinois 60431<br>ldow@baileyglasser.com<br>kfladhammer@baileyglasser.com | Joseph C. Peiffer<br>Fishman Haygood Phelps<br>Walmsley Willis & Swanson LLP<br>201 St. Charles Avenue<br>46th Floor<br>New Orleans Louisiana 70170<br>jpeiffer@fishmanhaygood.com |
| Gerard James Andree<br>Sullivan Ward Asher & Patton PC<br>25800 Northwestern Highway<br>Suite 1000<br>Southfield, Michigan 48075<br>gandree@swappc.com | |

PLEASE TAKE NOTICE that on Friday, June 15, 2012, at 10:30 a.m., I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead in Courtroom 2341 of the U. S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL, which I have caused to filed with the court herewith.

Dated: June 7, 2012

Respectfully submitted,

/s/ Michele L. Odorizzi
Michele L. Odorizzi
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorneys for Defendants*
*The Northern Trust Company and*
*Northern Trust Investments, N.A.*