# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Joseph L. Diebold Jr.

                                              Plaintiff,

v.                                                           Case No.: 1:09−cv−01934

                                                                                  Honorable Charles R. Norgle Sr.

Northern Trust Investments, N.A., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to withdraw as attorney [158] is granted. Attorney John Joseph Tharp, Jr terminated. The parties are not required to appear on Friday, June 15, 2012. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.