Order Form (01/2005) Case: 1:09-cv-01934 Document #: 164 Filed: 09/10/12 Page 1 of 1 PageID #:4740



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1934 | **DATE** | 9/10/2012 |
| **CASE TITLE** | Joseph L. Diebold, Jr., et al. vs. Northern Trust Investments, N.A., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint [116] is granted in part, and denied in part.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

09C1934 Joseph L. Diebold, Jr., et al. vs. Northern Trust Investments, N.A., et al.    Page 1 of 1