

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR., on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 09-Civ-1934<br><br>Hon. Charles Norgle |

## [PROPOSED] ORDER

**It is hereby Ordered** that Plaintiffs' reply brief in support of their motion for class certification will be due on September 26, 2012 and any sur-reply brief filed by Defendants will be due on December 10, 2012.

_____
Hon. Charles Norgle

9/10/2012