# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR. on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 09-CV-1934<br><br>Hon. Charles Norgle |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING A PLAN OF ALLOCATION OF THE SETTLEMENT PROCEEDS

Plaintiffs Joseph L. Diebold, Jr., and Paul J. Hundt ("Plaintiffs") move the Court, for the reasons set forth in the memorandum in support filed herewith, to grant final approval of class action settlement and approve a plan of allocation of the settlement proceeds. Defendants do not oppose this motion. A proposed Order granting final approval and Declarations of Gregory Y. Porter, Co-Lead Counsel, and Edward J. Sincavage, for the Settlement Administrator, are filed as exhibits to this motion.

Dated: June 19, 2015                                    Respectfully submitted,

                                                        **BAILEY & GLASSER LLP**

|  |  |
|---|---|
|  | By:  /S/Gregory Y. Porter |
| Todd S. Collins | Gregory Y. Porter |
| Ellen Noteware | 910 17th Street, NW |
| **BERGER & MONTAGUE, P.C.** | Suite 800 |
| 1622 Locust Street | Washington, DC  20016 |
| Philadelphia, PA 19103 | Tel:  (202) 463-2101 |
| Tel: (215) 875-3000 | Fax: (202) 463-2103 |
| Fax: (215) 875-4604 | gporter@baileyglasser.com |
|  |  |
| Joseph C. Peiffer | Elizabeth Hoskins Dow |
| Daniel Carr | **BAILEY & GLASSER LLP** |
| **PEIFFER ROSCA WOLF** | 1003 Western Avenue |
| **  ABDULLAH  CARR & KANE, APLC** | Joliet, IL 60435 |
| 201 St. Charles Ave. Suite 4610 | Telephone:  815-740-4034 |
| New Orleans, LA 70170 | ldow@baileyglasser.com |
| Tel: (504) 523-2434 |  |
| Fax: (504) 388-3912 |  |
| jpeiffer@prwlegal.com |  |
| dcarr@prwlegal.com |  |

*Counsel for Plaintiffs Joseph L. Diebold, Jr. and Paul J. Hundt*