UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. DIEBOLD, JR. on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 09-CV-1934<br><br>Hon. Charles Norgle |

### CO-LEAD CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES AND PAYMENT OF INCENTIVE AWARDS TO THE REPRESENTATIVE PLAINTIFFS

Co-Lead Class Counsel, Bailey & Glasser, LLP, Berger & Montague, P.C. and Peiffer Rosca Wolf Abdullah Carr & Kane, APLC, move the Court for an Order:

(a) awarding attorney's fees in the amount of one-third of the settlement;

(b) awarding reimbursement of litigation expenses in the amount of $260,644.65; and

(c) awarding the two Named Plaintiffs in this action, Joseph Diebold and Paul J. Hundt, awards of $10,000 each for their contributions to this case on behalf of the Class.

This motion incorporates by reference the facts recited and the legal precedents and arguments cited in Plaintiffs' Memorandum in Support of Co-Lead Class Counsel's Unopposed Motion for Award of Attorney's Fees, Reimbursement of Expenses and Payment of Incentive Awards to the Representative Plaintiffs and the Declarations of Todd S. Collins, Joseph Diebold, Paul J. Hund, and Kenneth A. Wexler and the exhibits thereto.

Dated:  June 19, 2015    Respectfully submitted:

/s/ Todd S. Collins
Todd S. Collins
Ellen T. Noteware
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
tcollins@bm.net
enoteware@bm.net


Gregory Porter
Bailey & Glasser, LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
gporter@baileyglasser.com


Joseph C. Peiffer
Daniel Carr
Peiffer Rosca Wolf Abdullah Carr & Kane
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel:  (504) 586-5270
jpeiffer@prwlegal.com
dcarr@prwlegal.com


*Co-Lead Counsel for Plaintiffs*