UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSEPH L. DIEBOLD, JR. on behalf of the EXXONMOBIL SAVINGS PLAN, and PAUL J. HUNDT, on behalf of the TEXAS INSTRUMENTS 401(K) SAVINGS PLAN, and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 09-CV-1934<br><br>Hon. Charles Norgle |

**[PROPOSED] ORDER APPROVING ATTORNEY'S FEES,
EXPENSES AND INCENTIVE AWARDS**

On June 19, 2015, Co-Lead Class Counsel filed an unopposed motion for an award of attorney's fees, expenses and incentive awards for the Named Plaintiffs in this action. The Court has reviewed and considered the submissions accompanying the motion, including the Memorandum of Law in Support of the Motion and the Declarations of Todd S. Collins, Joseph Diebold, Paul J. Hund, and Kenneth A. Wexler and the exhibits thereto. Defendants do not oppose the requested amounts. In light of the settlement achieved, the amounts requested are reasonable and appropriate in accordance with the applicable legal authority.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

 (1) Plaintiffs' motion for attorney's fees and expenses is GRANTED;

 (2) Class Counsel are awarded attorney's fees in the total amount of one-third of the settlement fund;

(3) Class Counsel are awarded reimbursement of litigation expenses in the amount of $260,644.65; and

(4) Named Plaintiffs Joseph Diebold and Paul J. Hundt are awarded $10,000 each for their contributions to this case on behalf of the Class.

**IT IS SO ORDERED.**

Dated: _____